UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY STEWART FOREMAN, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>EDWARD KING, et al. )<br>)<br>Defendants. ) | Case No. 12 CV 50419 |

**DEFENDANTS' MOTION TO SET RESPONSIVE PLEADING DEADLINE**

NOW COME the Defendants, EDWARD KING, MICHAEL BOOKER, TIMOTHY CAMPBELL, GARNHART, TIMOTHY S. HANSON, MARK MARINARO, CRUZ PADRON, T. PETERSON, STEPHEN PIRAGES, CARLA REDD, ROCKFORD POLICE DEPARTMENT, SISOMPHOU, SINGMOUANGTHONG, MARK SORENSON, BRIAN SQUIRES, BRIAN STRAWSER, BRIAN WADSWORTH, DANIEL WATTON, MARC WELSH, ROCKFORD FIRE DEPARTMENT, CITY OF ROCKFORD PUBLIC WORKS, and CITY OF ROCKFORD and for their Motion to Set Responsive Pleading Deadline, states as follows:

1. On November 21, 2012, Plaintiff filed an 81-page Complaint, including 17 exhibits, to initiate this action.

2. Plaintiff named approximately twenty-five defendants in his Complaint.

3. Approximately twenty-one of the Defendants are represented by the City of Rockford Department of Law.

4. The Defendants were served at various dates over the course of the recent months thereby making their responsive pleadings due on different dates.

5. Given the extensive allegations directed towards the City of Rockford and its' numerous employees, defense counsel requests additional time to prepare a responsive pleading on behalf of their Defendants.

WHEREFORE, the above-listed Defendants respectfully request their Motion to Extend Responsive Pleading Deadline be granted and their responsive pleading deadline be extended to March 22, 2013.

Dated: January 16, 2013               City of Rockford Department of Law


                                     By:__/s/ Angela L. Hammer_____
                                     Angela L. Hammer, Assistant City Attorney


City of Rockford Department of Law
425 E. State Street
Rockford, IL 61104
(815) 987-5540